CLARE E. CONNORS, #7936
United States Attorney
District of Hawaii

REBECCA PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:   (808) 541-2958
Email:  Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 22-00053 SOM |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| vs. | ) ) | |
| ALDEN BUNAG, | ) ) ) | |
| Defendant. | ) ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

WHEREAS, a one-count Indictment was filed on June 23, 2022 charging the defendant Alden Bunag with distribution of child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b), in Criminal Case No. 22-00053-SOM;

WHEREAS, a one-count Information was filed on May 11, 2023 charging the defendant Alden Bunag with production of child pornography in violation of

18 U.S.C. § 2251(a) in Criminal Case No. 23-00041-SOM;

WHEREAS, on May 19, 2023, the defendant Alden Bunag pled guilty pursuant to a written memorandum of plea agreement, *see* Dkt. No. 8, to the count charged in Criminal Case No. 1:23-CR-00041-SOM;

WHEREAS, pursuant to that written memorandum of plea agreement, the United States agreed to dismiss the Indictment against the defendant Alden Bunag in Criminal Case No. 22-00053-SOM, after sentence was imposed in Criminal Case No. 23-00041-SOM;

WHEREAS, on January 6, 2024, the Court imposed sentence in Criminal Case No. 23--00041-SOM, with the Judgment to be entered to complete his period of incarceration with the Bureau of Prisons;

WHEREAS, on January 16, 2024, during the sentencing hearing in Criminal Case No. 23-00041-SOM, the United States orally moved to dismiss the Indictment in Criminal Case No. 22-00053-SOM;

WHEREAS good and sufficient cause has been shown,

It is hereby ORDERED, ADJUDGED, AND DECREED:

/s/ Susan Oki Mollway
Susan Oki Mollway
Senior United States District Judge

United States v. Alden Bunag
Cr. No. 22-00053 SOM
Order of Dismissal Without Prejudice